No. 437

TAX COM. v. NAT. MAL. CAST. CO.

No. 18454. Supreme Court of Ohio

On Error to the Supreme Court of Ohio

Docketed March 18, 1924, 2 Abs. 258

1157. TAXATION.

The National Malleable Castings Co. filed a petition in error in the Common Pleas to reverse, vacate or modify the findings of the Tax Commission of Ohio under 5611-2 GC. On May 1, 1920, the Castings Co. filed with the County Auditor of Ohio its personal tax return as of Jan. 1, 1920. In this return defendant deducted the sum of $275,000 from the sum of legal claims and demands owing to it, said amount being the estimated amount of excess profits and income tax which it believed had accrued in favor of the United States up to and including Dec. 31, 1919. The exact amount was found to be $292,461.60. The Auditor refused to permit said amounts to be deducted from said tax return and corrected the reports accordingly.

The Commission sustained the Auditor. The Cuyahoga Common Pleas modified the findings of the Commission to the extent of permitting the defendant to deduct from the sum of the legal claims and demands owing to it the amounts of income and excess profits tax. The court held the same to be legal bona fide debts of the defendant which were properly the subject of deduction under 5327 GC. The court of Appeals sustained the decision of the Common Pleas without opinion.

The Tax Commission of Ohio then prosecuted error to the Supreme Court, and asked it to reverse the findings of the lower courts. The questions presented for the Supreme Court to decide are: (1) Does 5327 GC. on its face justify the deduction of federal taxes as "debts"? (2) Was this section intended to forbid the deduction in question? (3) Is such a deduction permitted under Art. 12, Sec. 2, of the Ohio Constitution so that the statute can be construed consistently with that provision?

Attorneys—C. C Crabbe, Atty. Gen, and David E Green. Columbus for Tax Commission; Cooke, McGowan, Foote, Bushnell & Eurgess Cleveland, for Castings Co.

# Ohio Courts of Appeals

DECIDE AT LEAST

# 1000 CASES A YEAR

THE LAWYER DOES NOT GET OUTSIDE THE

# Abstract's Advance Opinions

---

To Get Complete Access to and Full Use of All of Them

## CONSULT

# The Current Abstract Digest

This Digest Service is Now Being Extended And It Will be Issued in

# Monthly Units Cumulated Quarterly

Covering Every Ohio Published Case On Every Point

---

For Further Particulars see Published Numbers

# Weekly Publication

Of All Matter for This Digest Will be First Made in The Ohio Law Abstract, Without Charge to Its Subscribers

Price, Current Abstract Digest Service Alone, Per Year, $8.00